IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                     PLAINTIFF

v.                              CASE NO. 4:09CR00145 BSM

TRACEY RENE CHERRY                                                           DEFENDANT

## ORDER

The government's motion to dismiss [Doc. No. 25] the indictment filed against defendant Tracey Rene Cherry is granted.

IT IS SO ORDERED this 3rd day of July 2014.

_____
UNITED STATES DISTRICT JUDGE